UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 2:12 cr 526 (DMC) |
| | : | |
| v. | : | 21 U.S.C. § 846 |
| | : | |
| EUGENE WALI BRASWELL | : | I N F O R M A T I O N |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From at least in or about September, 2011 through in or about March 16, 2012, in Essex County, in the District of New Jersey and elsewhere, defendant

EUGENE WALI BRASWELL

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

*[signature]*
PAUL J. FISHMAN
UNITED STATES ATTORNEY

CASE NUMBER: _____

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

EUGENE WALI BRASWELL

**INFORMATION**

21 U.S.C. § 846

**PAUL J. FISHMAN**
U.S. ATTORNEY, NEWARK, NEW JERSEY

ROBERT FRAZER
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2897