# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 2:12 cr 526 (DMC) |
| v. | : | **WAIVER OF INDICTMENT** |
| EUGENE WALI BRASWELL | : | |

I, EUGENE WALI BRASWELL, the above-named defendant, who is charged with knowingly and intentionally agreeing and conspiring with others to distribute and possess with intent to distribute 5 kilograms or more of cocaine, a schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on (Date) 7 August 2012 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Eugene Wali Braswell

_____
Brian W. Mason, Esq.
Counsel for Defendant

Before: _____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge