```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                    DATE: 7 August 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                            Docket # 2:12cr526-1

U.S.A.  v.  Braswell

Appearances:

AUSA       Robert Frazer & Rahul Agarwal
D          Vincent Nuzzi by Brian Mason


Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 12 December 2012
ORDERED deft. Remanded


Time Commenced_____
Time Adjourned_____


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk
```